# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1549.  RODERICK LIPTROT et al. v. GRANGE LIFE INSURANCE COMPANY.**

In this civil action, defendants Roderick Liptrot, Kimberly Liptrot, and Alexander & Kennedy Financial Group, LLC, filed this direct appeal from the trial court's order granting the plaintiff's motion to confirm an arbitration award.  We lack jurisdiction.

"[T]his Court has no jurisdiction to consider an appeal taken from a reviewing court's order confirming an arbitration award; rather, upon entry of the court's order confirming the award, a separate judgment must also be entered by the reviewing court, and this Court has jurisdiction to consider an appeal taken from the judgment." *Green Tree Servicing, LLC v. Jones*, 333 Ga. App. 184, 184 (1) (775 SE2d 714) (2015); see also *McFarland v. Roberts*, 335 Ga. App. 40, 47 (1), n. 4 (778 SE2d 349) (2015) ("An order simply confirming an arbitration award is not a final, appealable judgment . . . .").  Although the confirmation order and judgment may be entered on the same document, see *Green Tree Servicing, LLC* , 333 Ga. App. at 185 (1), the trial court here did not enter a final judgment, either in the order confirming the arbitration award or in a separate document.

Because no final judgment has been entered, the defendants were required to follow the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order confirming the arbitration award.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d

906) (1989).  Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  03/31/2020
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*